1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

FILED

OCT 1 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )   CR. No. 2:07-CR-475 FCD
                                       )
              Plaintiff,               )   ORDER TO SEAL
                                       )
      v.                               )
                                       )
HOWARD GLOYD,                          )
    aka Greg Young                     )
    aka Bobby Wade                     )
                                       )
              Defendant.               )
_____)

The Court hereby orders that the Petition of Assistant United States Attorney Courtney J. Linn to seal Indictment, the Indictment, and Order in the above-referenced case shall be sealed until further order of the Court.

IT IS SO ORDERED.

DATED: 10/17, 2007

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE