1 | McGREGOR W. SCOTT
United States Attorney
2 | COURTNEY J. LINN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2755

**FILED**

OCT 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7
IN THE UNITED STATES DISTRICT COURT

8
FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,    )    CR. No. S-07-475 FCD
                                 )
11 |                  Plaintiff,  )    ORDER MODIFYING SEALING
                                 )    ORDER
12 |          v.                  )
                                 )
13 | UNDER SEAL,                  )
                                 )
14 |                  Defendant.  )
     _____)

15

16      For good cause shown, the Court orders that the Sealing

Order filed in this matter on or about October 17, 2007 is hereby

17

modified to permit the use and disclosure of the arrest warrant

18
by law enforcement agents.

19

20      IT IS SO ORDERED.

DATED: __10|31__ , 2007

21

22

23      KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                  )    CR. No. S-07-475 FCD
10  UNITED STATES OF AMERICA,       )
                                    )
11                     Plaintiff,   )    PETITION TO MODIFY SEALING
                                    )    ORDER
12          v.                      )
                                    )
13  UNDER SEAL,                     )
                                    )
14                     Defendant.   )
   _____)

15

16      TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES

17  MAGISTRATE JUDGE:

18      COMES NOW, Courtney J. Linn, Assistant United States

19  Attorney for the Eastern District of California, to petition this

20  Court and respectfully represent:

21      1.  That on or about October 17, 2007, this Court granted

22  the government's petition to seal the file in this matter pending

23  further order of the Court.

24      2.  I am advised that the Clerk's office has construed the

25  Court's Sealing Order to require the sealing of the arrest

26  warrant issued in this matter.  I am further advised that as a

27  consequence, the case agent cannot enter the arrest warrant in a

28  ///

                                    1

1  national law enforcement database (NCIC) used to alert law
2  enforcement agencies of pending arrest warrants.

3      3.  Accordingly, the government moves the Court to modify
4  the Sealing Order entered on or about October 17, 2007, in this
5  matter to authorize the use and disclosure of the arrest warrant
6  by law enforcement agents.

7  DATED: _10/31_____, 2007        McGREGOR W. SCOTT
                                   United States Attorney
8
9                                  _____
                                   COURTNEY J. LINN
10                                 Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28