```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2755
```

FILED

FEB 0 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-07-475 FCD |
| Plaintiff, | PETITION TO LIFT SEALING ORDER |
| v. | |
| UNDER SEAL, | |
| Defendant. | |

TO THE HONORABLE KIMBERLY J. MUELLER, UNITED STATES MAGISTRATE JUDGE:

COMES NOW, Courtney J. Linn, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

That this morning the defendant was taken into custody on the Indictment returned in the above-captioned case, and thus no further justification exists for this Court's sealing order entered on or October 17, 2007 in this matter, as modified on or

///
///
///
///

1

1 | about October 31, 2007.  Accordingly, the government requests
2 | that the sealing order be lifted.
3 | DATED: 2/6 , 2008              McGREGOR W. SCOTT
                                    United States Attorney
4 |
5 |                                 _____
6 |                                 COURTNEY J. LINN
                                    Assistant U.S. Attorney
7 |
8 |                                 ORDER
9 |     Based on the representations of government counsel, and for
10 | good cause shown, the sealing order entered on October 17, 2007,
11 | and modified October 31, 2007, be, and the same hereby is,
12 | LIFTED.
13 |     IT IS SO ORDERED.
14 | DATED: February 6 , 2008
15 |
16 |                                 _____
17 |                                 KIMBERLY J. MUELLER
                                    UNITED STATES MAGISTRATE JUDGE