FILED

OCT 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

HOWARD GLOYD,
aka GREG YOUNG, and BOBBY WADE

    Defendant.
_____/

CR. S-07-0475 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release HOWARD GLOYD, Case No. CR. S-07-0475 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

1         \_\_\_ Corporate Surety Bail Bond

2          X  (Other) [Defendant is sentenced to reside and participate in a residential drug treatment facility, The Effort, Inc., for a period of ninety (90) days to commence upon his release from custody. The defendant shall be released to the Probation Officer who will transport the defendant to the treatment facility. A Judgment and Commitment Order to issue.]

Issued at Sacramento, CA on October 19, 2009 at 9:25 a.m.

Dated: October 19, 2009

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

GLOYD, HOWARD Order release TSR violation.wpd      2